IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-30381
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOL ARNAZ DOUCETT,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
(00-CR-20049-4)

December 31, 2002

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Carmen M. Rodriguez, appointed counsel for Christol Arnaz Doucett, has moved for leave to withdraw and has filed a brief as required by **Anders v. California**, 386 U.S. 738 (1967). Once an **Anders** brief has been filed, we must "conduct the familiar inquiry as to whether there are no nonfrivolous issues for appeal", considering the arguments made by appointed counsel along with any

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issues raised by the defendant. ***United States v. Wagner***, 158 F.3d 901, 902 (5th Cir. 1998).

Doucett has received a copy of counsel's motion and brief and has filed a response. Our independent review of the brief, Doucett's response, and the record discloses *no* nonfrivolous issue. Accordingly: counsel's motion for leave to withdraw is **GRANTED**; counsel is excused from further responsibilities herein; and the **APPEAL IS DISMISSED**. See 5th Cir. R. 42.2.

*LEAVE TO WITHDRAW GRANTED; APPEAL DISMISSED*